

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00570-CR

Shawn L. **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5452
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  September 3, 2014

DISMISSED FOR LACK OF JURISDICTION

Acting pro se, appellant filed what appeared to be a notice of appeal in which he complained of a grand jury indictment.  Subsequently, the trial court clerk filed a notice informing the court that no judgment exists in the underlying case.  We therefore ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.  Appellant's counsel filed a response in which he explains that the underlying case is pending, and that no court action has taken place from which an appeal could be filed.

Absent a few statutory exceptions that are inapplicable to this appeal, a criminal defendant may only appeal from a final judgment of conviction. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990); *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961). Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH